8215, 8216.   ELLIOTT *v.* CURRIE *et al.*
</div>

LUKE, J. Upon the record, the agreement, and the answer of the ordinary to the writ of certiorari, the judge of the superior court did not err in overruling the certiorari.

<div align="center">

*Judgment affirmed. Wade, C. J., and George, J., concur.*

DECIDED JUNE 15, 1917.
</div>

Certiorari; from Wheeler superior court—Judge Graham. September 9, 1916.

*O. M. Duke,* for plaintiff in error.

*A. C. Saffold, J. P. Tomlinson,* contra.